# Exhibit B

| Defendant Name / Alias | Listing URL | False marketing evidence |
|---|---|---|
| Astrossy | https://www.amazon.com/dp/B0DCGVW9D4 | **Top reviews from the United States**<br><br>Victoria<br>★☆☆☆☆ **Don't waist your time**<br>Reviewed in the United States on March 2, 2025<br>**Verified Purchase**<br>Nothing like the picture and came with the wrong screws for anchors. Also looks cheap and would've fit hardly anything.<br>Helpful    Report |
| bopoobo | https://www.amazon.com/dp/B0CCNBQPK3 | **From the United States**<br><br>Z. Calo<br>★☆☆☆☆ **A terrible product**<br>Reviewed in the United States on November 11, 2023<br>**Verified Purchase**<br>This is truly a terrible product- if you want to spend $20 to build something completely on your own with no instructions then buy this. It comes in a million pieces with no guide or instructions to be found anywhere extremely cheap and disappointing returned immediately<br>One person found this helpful |
| Fashionfamily | https://www.amazon.com/dp/B0DHD15LXP | Margaret<br>★☆☆☆☆ **Not great**<br>Reviewed in the United States on January 26, 2025<br>It's super cute and would be great if all we had was small stuffed animals. Any larger ones just fall right out and take the smaller ones with them. It's like Tetris trying to get it to work exactly right so they stay in.<br>Images in this review |
| Grlawn | https://www.amazon.com/dp/B0D4FDGKTJ | Jordi_anna646<br>★☆☆☆☆ **Pay a little more for something better.**<br>Reviewed in the United States on March 17, 2025<br>**Verified Purchase**<br>Looks much nicer in photo. It didn't lie flush against any corner in the home. So I assume it was not cut straight. Returned it immediately.<br>Helpful  |  Report |
| Langxiang | https://www.amazon.com/dp/B0D2L6CG9Z | Kroc26<br>★☆☆☆☆ **Screws and wallet anchors=junk**<br>Reviewed in the United States on April 6, 2025<br>**Verified Purchase**<br>Was really excited for this however, the screws and wall anchors that came with this are junk. Do yourself a favor and use your own if you decide to purchase.<br>Helpful  |  Report |

| | | |
|---|---|---|
| PIUDOC-US | https://www.amazon.com/dp/B0D3PH3VX7 | **Louis**<br><br>★☆☆☆☆ **Have to return soon**<br>Reviewed in the United States on July 1, 2024<br>Color: Pink \| **Verified Purchase**<br><br>Not hold enough and not a duty product<br><br>One person found this helpful<br><br>Helpful \| Report |
| YKDIRECT | https://www.amazon.com/dp/B0D7HQD2S9 | **Hadley4**<br>★☆☆☆☆ **Not sure if true review**<br>Reviewed in the United States on March 19, 2025<br>**Verified Purchase**<br>If you have a lot of time to put a stuffed animal holder up. It literally came in 500 pieces. It overwhelmed looking at the box. I purchased something different right away and returned this. #honestmomof6 |
| LIANGCHEN.Store | https://www.amazon.com/dp/B0D28TPKZX | **Abby**<br>★☆☆☆☆ **Junk**<br>Reviewed in the United States on January 3, 2025<br>Size: White Two layer 47"-80" \| **Verified Purchase**<br>This item is so cheaply made, does not hold stuffed animals time is shown. Strings have already broke, and the brackets are cheap.<br>One person found this helpful<br>Helpful \| Report |