IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| QIANMING FU, | |
| *Plaintiff*, | Civil Action No. 2:25-cv-615 |
| v. | Hon. William S. Stickman IV |
| ALLRIVER-DIRECT, *et al*, | |
| *Defendants*. | |

## ORDER OF COURT

AND NOW, this 6th day of May 2025, IT IS HEREBY ORDERED that the videoconference on Plaintiff's Ex Parte Motion for Temporary Restraining Order Including: a Temporary Injunction, a Temporary Asset Restraint, and Expedited Discovery (ECF No. 2) is scheduled for **May 7, 2025 at 2:00 p.m. (EST)/ 11:00 a.m. (PST)** before Judge William S. Stickman IV.

Counsel may join the ZoomGov meeting by: https://pawd-uscourts.zoomgov.com/j/1612096421

BY THE COURT:

s/   William S. Stickman IV
WILLIAM S. STICKMAN IV
UNITED STATES DISTRICT JUDGE