**UNITED STATES DISTRICT COURT
OFFICE OF THE CLERK
WESTERN DISTRICT OF PENNSYLVANIA**

Joseph F. Weis, Jr. U. S. Courthouse
700 Grant Street
Pittsburgh, PA 15219
www.pawd.uscourts.gov

**BRANDY S. LONCHENA**
CLERK OF COURT                                                          IN REPLYING GIVE NUMBER
412–208–7500                                                          OF CASE AND NAMES OF PARTIES

Date: May 7, 2025

Commissioner of Patents and Trademarks
P.O. Box 1450
Alexandria, VA 22313–1450

    RE:   QIANMING FU vs. ALLRIVER–DIRECT
          Case Number:   **2:25–CV–00615–WSS**

Dear Commissioner:

   In compliance with 35 § 290 and/or 15 U.S.C. § 1116 enclosed is a copy of the docket entries and complaint which was filed in the United States District Court for the Western District of Pennsylvania.

                    Sincerely,

                    BRANDY S. LONCHENA
                    CLERK OF COURT

            By: /s/ **Tiffanie L Anderson**
                    Deputy Clerk

Enclosures