# Exhibit A

## Schedule A

| No. | Platform | Defendant Name / Alias | Listing URL | Seller ID |
|---|---|---|---|---|
| 1 | Amazon | Allriver-Direct | https://www.amazon.com/dp/B0DC514C4N | A91PE39MSVN1W |
| 2 | Amazon | Astrossy | https://www.amazon.com/dp/B0DCGVW9D4 | AFT693TH7ZYGL |
| 3 | Amazon | BELL BEAR | https://www.amazon.com/dp/B0D5CFSM37 | ALCB530UG47MU |
| 4 | Amazon | Beth baby store | https://www.amazon.com/dp/B0CSK46GBY<br>https://www.amazon.com/dp/B0DDXDQBC7<br>https://www.amazon.com/dp/B0DDXJHD7K | A13GXDP8UHR1OV |
| 5 | Amazon | bopoobo | https://www.amazon.com/dp/B0CCNBQPK3 | A1QKABM7B3KOIA |
| 6 | Amazon | CHENGZIKOO | https://www.amazon.com/dp/B0DFYDVGXZ<br>https://www.amazon.com/dp/B0DFYG1WNS<br>https://www.amazon.com/dp/B0DFYDJRB5 | A33VQ28X8HR7O5 |
| 7 | Amazon | DJUSmarket | https://www.amazon.com/dp/B0CTX2X6HG<br>https://www.amazon.com/dp/B0DFQDC1TT<br>https://www.amazon.com/dp/B0DFQF9G72 | A1NUXH461IW58C |
| 8 | Amazon | Fashionfamily | https://www.amazon.com/dp/B0DHD15LXP<br>https://www.amazon.com/dp/B0DHD1WSHV<br>https://www.amazon.com/dp/B0DHD1QMHB | A2OMMAG4GW9FK7 |
| 9 | Amazon | GRANNY SAYS | https://www.amazon.com/dp/B0D2VVHB9H<br>https://www.amazon.com/dp/B0D2VV363P | A1PUWG0XQSKW5L |
| 10 | Amazon | Grlawn | https://www.amazon.com/dp/B0D4FDGKTJ<br>https://www.amazon.com/dp/B0D4FDKN42<br>https://www.amazon.com/dp/B0D4G11FJW | A25UYXTN1B1ON3 |
| 11 | Amazon | Hangzi | https://www.amazon.com/dp/B0DKBT7MT1<br>https://www.amazon.com/dp/B0DKBTFL98 | A83C2F5AWV47J |
| 12 | Amazon | Havedawn | https://www.amazon.com/dp/B0CWLHT6KK | A3QDHE1GZU4LCI |
| 13 | Amazon | Huakongju | https://www.amazon.com/dp/B0DQRDJ15V | A3JN01N2BW6MSV |
| 14 | Amazon | Kaohstnnfs | https://www.amazon.com/dp/B0DHVQ26KS | A2B7G08F7FQ5B1 |
| 15 | Amazon | Langxiang | https://www.amazon.com/dp/B0D2L6CG9Z | A25TW8LAI214DS |
| 16 | Amazon | LIANGCHEN.Store | https://www.amazon.com/dp/B0D9JG9PC8 | AD3WYLF75RBC8 |
| 17 | Amazon | NBTORCH | https://www.amazon.com/dp/B0CZ8YMW4B | A1PN2DC5GRHI29 |
| 18 | Amazon | NORCEESAN DIRECT | https://www.amazon.com/dp/B0DJ29L2NB | A1SN5NTL33C8AI |
| 19 | Amazon | PIUDOC-US | https://www.amazon.com/dp/B0D3PH3VX7 | A2MLP702ZBWXUO |
| 20 | Amazon | shengtongdamaoyi | https://www.amazon.com/dp/B0D4ZW4DT1<br>https://www.amazon.com/dp/B0D516XMSZ<br>https://www.amazon.com/dp/B0D4ZNJC61 | ATW6AM6OIEUCD |
| 21 | Amazon | SKONYON | https://www.amazon.com/dp/B0DHS3M2TV | A3EXRMETGI7NKP |
| 22 | Amazon | Wanxideng | https://www.amazon.com/dp/B0DD3W2S15 | A1BKUXBCM7I88U |
| 23 | Amazon | Snowdreamer | https://www.amazon.com/s?k=B0DLGRGDSP | A5ZU4UE2F8C4J |
| 24 | Amazon | SYH Direct | https://www.amazon.com/dp/B0DK2VWZ4R<br>https://www.amazon.com/dp/B0DK2WT551 | A34KP0WWGNU0PV |
| 25 | Amazon | Uniqe Store | https://www.amazon.com/dp/B0D4D8F6BW | A1PMB9Q4VVYMDF |
| 26 | Amazon | Vomelon Direct | https://www.amazon.com/dp/B0CCP1ZNWR<br>https://www.amazon.com/dp/B0CF5SHJSY<br>https://www.amazon.com/dp/B0CHDYLD7T | A2NBFYBOEW3LUE |
| 27 | Amazon | Yidaxing | https://www.amazon.com/dp/B0DD3VLZJD | A1XS4C2E8WPOW |
| 28 | Amazon | YiXinHo Store-US | https://www.amazon.com/dp/B0DHJ8WDHV<br>https://www.amazon.com/dp/B0DSWHF77C | A5HXGWPGN4DJO |

| 29 | Amazon | YKDIRECT | https://www.amazon.com/dp/B0D7HQD2S9 | A1HRGRZZ76B090 |
|----|--------|----------|--------------------------------------|----------------|
| 30 | Amazon | Havedawn | https://www.amazon.com/dp/B0CQYDWMSD | A3QDHE1GZU5LCI |
| 31 | Amazon | LIANGCHEN.Store | https://www.amazon.com/dp/B0D28TPKZX | AD3WYLF75RBC8 |
| 32 | Amazon | MASADI | https://www.amazon.com/dp/B0D7CMFJ5V | A39RUOMYB32GXF |
| 33 | Amazon | Woodure | https://www.amazon.com/dp/B0D3PL3BL5 | A1Q8UCEXIB99H7 |
| 34 | TEMU | BAGLOBAL | https://www.temu.com/stuffed-animal-storage--plush-toy-holder-with-star-pattern-length-adjustable-hanging-stuffed-animal-toy-organizer-shelf-for--room-bedroom-kid-room-g-601099708319914.html | 634418217308154 |
| 35 | TEMU | Discount Shop liu | https://www.temu.com/adjustable-height-plush-toy-organizer-wooden-corner-shelf-with-hanging-storage-non-food-contact-material-for-stuffed-animal-display-rack-g-601099742998505.html | 634418218086093 |
| 36 | TEMU | Good Products Lead the Trend | https://www.temu.com/wall-mounted-plush-animal-storage-room-with-star-pattern-corner-shelves-unfinished-wood-g-601099857663433.html | 634418213861302 |
| 37 | TEMU | Good Products Lead the Trend | https://www.temu.com/-pine-wood-stuffed-animal-storage-rack-adjustable-wall-mounted-organizer-for-toys-decor--living-room-bedroom-or-game-room-g-601099613163305.html | 634418213861302 |
| 38 | TEMU | Good Products Lead the Trend | https://www.temu.com/us-zh-Hans/space-saving-corner-stuffed-animal-storage-rack-adjustable-length-star-shaped-design-wall-mounted-for-game-room-or-bedroom-g-601099598796696.html | 634418213861302 |
| 39 | TEMU | Holly Sheng | https://www.temu.com/1-set-wooden-stuffed-animal-storage-hammock-expandable--toy-caddy-with-padded-net-unfinished-wood--organizer-for-playroom-nursery-kids-room-decor-g-601099789198650.html | 634418217003925 |
| 40 | TEMU | JY DREAM | https://www.temu.com/handcrafted-wooden-plush-toy-organizer-with-star-pattern-adjustable-hanging-storage-rack-wall-mounted-multi-purpose-shelf-metal-pipe-not-included-utility-racks-g-601099827412982.html | 6071320981286 |
| 41 | TEMU | Neondofun | https://www.temu.com/stuffed-animals-storage-holder-stable-adjustable-stuffed-zoo-animals-holder-large--hanging--to-install-wall-mounted-plush-toy-storage-organizer-g-601099808328082.html | 634418219385404 |
| 42 | TEMU | Tao Tao wood art | https://www.temu.com/us-zh-Hans/1pc-wooden-stuffed-animal-storage-rack-adjustable-wall-mounted-shelf-for-living-room-bedroom-space-saving-3d-display-and-storage-for-plush-toys-decorative--no-power-required--g-601099669871944.html | 634418216192796 |
| 43 | TEMU | VAKERVAL | https://www.temu.com/adjustable-white-plastic-corner-stuffed-animal-organizer-kids-toy-holder-for-nursery-playroom-bedroom-wall-mounted-plush-storage-rack-g-601099870949360.html | 634418216441214 |
| 44 | TEMU | YIDALONG | https://www.temu.com/adjustable-wooden-stuffed-animal-storage-rack-moon-star-pattern-foldable- | 634418219368422 |

| | | | toy-organizer-with-multi-shelf-hanging-design-for--room-nursery-decor--room-organizer-moon--sturdy-construction-g-601099913983954.html | |
|---|---|---|---|---|
| 45 | TEMU | yqbyyl | https://www.temu.com/stuffed-animal-storage--plush-toys-holder-with-star-pattern-length-adjustable-hanging-stuffed-animal-toy-organizer-shelf-for--room-bedroom-kid-room-g-601099645381166.html | 634418217069660 |