IN THE UNITED STATES DISTRICT COURT

FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| __Qianming Fu__ | ) |
| | ) |
| vs. | )  Civil Action No. __2:25-cv-00615__ |
| | ) |
| __Allriver-Direct et.al.__ | ) |
| | ) |

**MOTION FOR ADMISSION *PRO HAC VICE* OF** __ZHENG LIU__

    Zheng Liu, undersigned counsel for Defendant Woodure, hereby moves that Zheng Liu be admitted to appear and practice in this Court in the above-captioned matter as counsel pro hac vice for Defendant Woodure in the above-captioned matter pursuant to LCvR 83.2 and LCvR 83.3, LCrR 83.2 and this Court's Standing Order Regarding Pro Hac Vice Admissions dated May 31, 2006 (Misc. No. 06-151).

    In support of this motion, undersigned counsel attaches the Affidavit for Admission Pro Hac Vice of Zheng Liu filed herewith, which, it is averred, satisfies the requirements of the foregoing Local Rules and Standing Order.

Respectfully submitted,

*/s/ Zheng Liu*

Dated: May 16. 2025

_____

Zheng Liu (CA Bar No. 279327 )
1660 S Amphlett Blvd., Suite 315,
San Mateo, CA 94402
*Counsel for Defendant Woodure*