UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| Qianming Fu, <br><br> Plaintiff, <br><br> v. <br><br> Allriver-Direct *et. al.*, <br><br> Defendants. | Case No.: 2:25-cv-00615 |

**AFFIDAVIT OF ZHENG LIU IN SUPPORT OF**
**MOTION FOR ADMISSION PRO HAC VICE**

I, Zheng Liu, make this affidavit in support of the motion for my admission to appear and practice in this Court in the above-captioned matter as counsel pro hac vice for Defendant Woodure (seller ID: A1Q8UCEXIB99H7) in the above-captioned matter pursuant to LCvR 83.2 and LCvR 83.3, LCrR 83.2 and this Court's Standing Order Regarding Pro Hac Vice Admissions dated May 31, 2006 (Misc. No. 06-151).

I, Zheng Liu, being duly sworn, do hereby depose and say as follows:

1. I am a Lawyer of the law firm Aptum Law.

2. My business address is 1660 South Amphlett Blvd., Suite 315, San Mateo, CA 94402.

3. I am a member in good standing of the bar of the Supreme Court of California.

1

4. My bar identification number is 279327.

5. A current certificate of good standing from the Supreme Court of California is attached to this Affidavit as Exhibit A.

6. I attest that I am a registered user of ECF in the United States District Court for the Western District of Pennsylvania.

7. I attest that I have read, know and understand the Local Rules of Court for the United States District Court for the Western District of Pennsylvania.

8. Based upon the foregoing, I respectfully request that I be granted pro hac vice admission in this matter.

I certify and attest that the foregoing statements made by me are true. I am aware that if any of the foregoing statements made by me are false, I am subject to punishment.

Date: May 16, 2025

_____
Zheng Liu

# EXHIBIT A



# Supreme Court of California

JORGE E. NAVARRETE
*Clerk and Executive Officer of the Supreme Court*

### CERTIFICATE OF THE CLERK OF THE SUPREME COURT

### OF THE

### STATE OF CALIFORNIA

### *ZHENG LIU*

I, JORGE E. NAVARRETE, Clerk and Executive Officer of the Supreme Court of the State of California, do hereby certify ZHENG LIU, #279327, was on the 2nd day of December 2011 duly admitted to practice as an attorney and counselor at law in all the courts of this state and is now listed on the Roll of Attorneys as a member of the bar of this state in good standing.

*Witness my hand and the seal of the court on the 9th day of April 2025.*

JORGE E. NAVARRETE
*Clerk and Executive Officer of the Supreme Court*

By: _____
D. Urzua, Deputy Clerk