IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| Qianming Fu,<br><br>        Plaintiff,<br><br>v.<br><br>Allriver-Direct et al.,<br><br>        Defendants. | Case No. 2:25-cv-00615<br><br>**Judge: William S. Stickman** |

### MOTION TO EXTEND THE TEMPORARY RESTRAINING ORDER

### AND FOR CONTINUANCE OF HEARING

    Qianming Fu ("Plaintiff"), through the undersigned counsel of record, submits this Motion to Extend the Temporary Restraining Order and for Continuance of Hearing.

    Plaintiff has filed a Motion for Temporary Restraining Order Including: a Temporary Injunction, a Temporary Asset Restraint, and Expedited Discovery on May 6, 2025. The Court granted the TRO on May 7, 2025 [10].

    Plaintiff hereby moves this Court to extend the Temporary Restraining Order for an additional fourteen days beyond its original expiration on May 21, 2025.

    Rule 65(b)(2) states that a temporary restraining order entered without notice may be extended provided a party can show, prior to expiration of the order, good cause for such an extension. Fed. R. Civ. P. 65(b)(2). There is "good cause" to extend such an order under Federal Rule of Civil Procedure 65(b)(2) where "the grounds for originally granting the temporary restraining order continue to exist." 11A Wright & Miller, Fed. Pract. & Proc. § 2953 (3d ed.). Plaintiff respectfully submits that there is good cause to extend the TRO. The grounds for Plaintiff's original motion still exist: Defendants may choose to shut down their current e-commerce stores, withdraw the funds generated from their infringing activities, and transfer

those funds to foreign accounts, making recovery virtually impossible and cause Plaintiff irreparable harm without the extension of the TRO.

       The preliminary injunction hearing is currently scheduled on May 21, 2025. As of May 20, 2025, the third parties have not completed effectively implementing the TRO and providing necessary information. Without contact information provided by the online platforms, Plaintiff cannot effectively serve the parties and make further process of the case. To better suits schedule, Plaintiff respectfully request the Court to extend the hearing by two weeks, i.e., to June 4, 2025.

Dated May 20, 2025.

                                                          Respectfully submitted
                                                          By: /s/ *Huicheng Zhou*
                                                           One Park Plaza, #600
                                                           Irvine, CA 92614
                                                           Huicheng.zhou@aliothlaw.com
                                                           *Attorney for Plaintiff*

## CERTIFICATE OF SERVICE

    I hereby certify that on May 20, 2025, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system which will send notification of such filing to all CM/ECF participants.

Dated May 20, 2025.

                                                  Respectfully submitted
                                                  By: /s/ Huicheng Zhou
                                                  One Park Plaza, #600
                                                  Irvine, CA 92614
                                                  Huicheng.zhou@aliothlaw.com
                                                  Telephone: (909) 284-1929
                                                  *Attorney for plaintiff*