IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| QIANMING FU,<br><br>        *Plaintiff,*<br><br>v.<br><br>ALLRIVER-DIRECT, *et al*,<br><br>        *Defendants.* | Civil Action No. 2:25-cv-615<br><br>Hon. William S. Stickman IV |

## ORDER OF COURT

AND NOW, this 20th day of May 2025, IT IS HEREBY ORDERED that the Motion to Extend the Temporary Restraining Order and for Continuance of Hearing (ECF No. 17) is GRANTED. The injunction hearing is continued from **May 21, 2025 at 10:30 a.m. (EST)** to **June 2, 2025 at 10:00 a.m. (EST)** in courtroom 8B before Judge William S. Stickman IV. All parties are required to attend in person.

IT IS FURTHER ORDERED that counsel for Plaintiff shall serve a copy of this scheduling order upon Defendants and file proof of the same with the Court.

BY THE COURT:

_____
WILLIAM S. STICKMAN IV
UNITED STATES DISTRICT JUDGE