# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| Qianming Fu, | Case No. 2:25-cv-00615 |
| Plaintiff, | Hon. William S. Stickman IV |
| v. | |
| Allriver-Direct et al., | |
| Defendants. | |

## OPPOSITION TO MOTION FOR CONTINUANCE OF HEARING

Qianming Fu ("Plaintiff"), through the undersigned counsel of record, submits this Opposition to Motion for Continuance of Hearing [22].

Defendant's sole reason for the continuance is schedule conflict of its counsel from May 27, 2025 to June 9, 2025 [22, at p.1]. Whether an attorney's scheduling conflict constitutes good cause depends on the specific facts of the case, including the timing of the request, the reasons for the conflict, and the potential impact on the court's schedule and other parties. United States v. Rankin, 779 F.2d 956.

Defendant's request spans nearly two weeks, a significant period that suggests inadequate diligence in resolving the conflict. If counsel's unavailability was known well in advance, the failure to seek alternative arrangements earlier undermines the claim of good cause.

Plaintiff faces significant prejudice since the current extended TRO will expire On June 4, 2025 and TRO normally can only extended for once. The necessity for a hearing for preliminary injunction outweighs inconvenience of Defendant's counsel.

To attend the hearing scheduled on June 4, Plaintiff's attorney has made relevant travel plans already. Defendant's unexpected ex parte request for the continuance of hearing will disrupt the schedule, especially considering there was no even simple notice and

willingness to meet and confer before it seeks intervention of the court.

In summary, Plaintiff respectfully request the Court to deny Defendant's motion for continuance of hearing.

Dated May 26, 2025.

                                                Respectfully submitted
                                                By: /s/ *Huicheng Zhou*
                                                One Park Plaza, #600
                                                Irvine, CA 92614
                                                Huicheng.zhou@aliothlaw.com
                                                *Attorney for Plaintiff*

## **CERTIFICATE OF SERVICE**

I hereby certify that on May 26, 2025, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system which will send notification of such filing to all CM/ECF participants.

Dated May 26, 2025.

                                            Respectfully submitted
                                            By: /s/ Huicheng Zhou
                                            One Park Plaza, #600
                                            Irvine, CA 92614
                                            Huicheng.zhou@aliothlaw.com
                                            Telephone: (949) 342-8013
                                            *Attorney for plaintiff*