IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

Qianming Fu,

    Plaintiff,

v.

Allriver-Direct et al.,

    Defendants.

Case No. 2:25-cv-00615

Hon. William S. Stickman IV

### NOTICE OF DISMISSAL UNDER RULE 41(a)(1)

Pursuant to Rule 41(a)(1) of the Federal Rules of Civil Procedure, Plaintiff Qianming Fu hereby dismisses this action as to the following Defendant:

| Number | Defendant Name |
|--------|----------------|
| 9      | GRANNY SAYS    |
| 18     | NORCEESAN DIRECT |
| 23     | Snowdreamer    |
| 24     | SYH Direct     |

Dated: May 31, 2025

    Respectfully submitted

    By: /s/ *Huicheng Zhou*
    Huicheng Zhou, Esq
    Bar No. 350005
    Phone: (909) 284-1929
    One Park Plaza, #600
    Irvine, CA 92614
    Huicheng.zhou@aliothlaw.com
    *Attorney for Plaintiff*