IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| QIANMING FU, | |
| *Plaintiff*, | Civil Action No. 2:25-cv-615 |
| v. | Hon. William S. Stickman IV |
| ALLRIVER-DIRECT, *et al*, | |
| *Defendants*. | |

## ORDER OF COURT

AND NOW, this __2__ day of June 2025, for the reasons set forth in the Opinion filed this day, IT IS HEREBY ORDERED that no preliminary injunction shall issue. IT IS FURTHER ORDERED that the Temporary Restraining Order issued on May 7, 2025 (ECF No. 10) is hereby VACATED.

BY THE COURT:

/s/ William S. Stickman IV
WILLIAM S. STICKMAN IV
UNITED STATES DISTRICT JUDGE