IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| Qianming Fu,<br><br>　　　　Plaintiff,<br><br>v.<br><br>Allriver-Direct et al.,<br><br>　　　　Defendants. | Case No. 2:25-cv-00615<br><br>Hon. William S. Stickman IV |

**NOTICE OF DISMISSAL UNDER RULE 41(a)(1)**

Pursuant to Rule 41(a)(1) of the Federal Rules of Civil Procedure, Plaintiff Qianming Fu hereby dismisses this action as to the following Defendant:

| Number | Defendant Name |
|---|---|
| 1 | Allriver-Direct |
| 3 | BELL BEAR |
| 4 | Beth baby store |
| 6 | CHENGZIKOO |
| 8 | Fashionfamily |
| 10 | Grlawn |
| 11 | Hangzi |
| 15 | Langxiang |
| 16 | LIANGCHEN.Store |
| 25 | Uniqe Store |
| 27 | Yidaxing |
| 32 | MASADI |
| 39 | Holly Sheng |
| 42 | Tao Tao wood art |
| 44 | YIDALONG |

Dated: June 10, 2025

Respectfully submitted

By: /s/ *Huicheng Zhou*
Huicheng Zhou, Esq
Bar No. 350005
Phone: (909) 284-1929
One Park Plaza, #600
Irvine, CA 92614
Huicheng.zhou@aliothlaw.com
*Attorney for Plaintiff*