IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| Qianming Fu, | Case No. 2:25-cv-00615 |
|---|---|
| Plaintiff, | Hon. William S. Stickman IV |
| v. | |
| Allriver-Direct et al., | |
| Defendants. | |

### NOTICE OF DISMISSAL UNDER RULE 41(a)(1)

Pursuant to Rule 41(a)(1) of the Federal Rules of Civil Procedure, Plaintiff Qianming Fu hereby dismisses this action as to the following Defendant with prejudice:

| Number | Defendant Name |
|---|---|
| 12 | Havedawn |
| 30 | Havedawn |

Dated: June 23, 2025

Respectfully submitted

By: /s/ *Huicheng Zhou*
Huicheng Zhou, Esq
Bar No. 350005
Phone: (909) 284-1929
One Park Plaza, #600
Irvine, CA 92614
Huicheng.zhou@aliothlaw.com
*Attorney for Plaintiff*