IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| Qianming Fu, | Case No. 2:25-cv-00615 |
|---|---|
| Plaintiff, | Hon. William S. Stickman IV |
| v. | |
| Allriver-Direct et al., | |
| Defendants. | |

## NOTICE OF DISMISSAL UNDER RULE 41(a)(1)

Pursuant to Rule 41(a)(1) of the Federal Rules of Civil Procedure, Plaintiff Qianming Fu hereby dismisses this action as to the following Defendant:

| Number | Defendant Name |
|---|---|
| 22 | Wandaxing |
| 26 | Vomelon Direct |
| 29 | YKDIRECT |

Dated: June 23, 2025

Respectfully submitted

By: /s/ *Huicheng Zhou*
Huicheng Zhou, Esq
Bar No. 350005
Phone: (909) 284-1929
One Park Plaza, #600
Irvine, CA 92614
Huicheng.zhou@aliothlaw.com
*Attorney for Plaintiff*